GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Oronda  Oberry | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release) |

Case Number:    4:19CR00124-1

USM Number:    23231-021

Amit Michael Navare
Defendant's Attorney

**THE DEFENDANT:**

☒  admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐  was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 30, 2024 |
| 2 | You failed to report to the probation officer as directed by the Court or probation officer (standard condition). | December 10, 2024 |

   The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated the condition(s),_____ , and is discharged as to such violation(s).

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  6792

Defendant's Year of Birth: 1998

City and State of Defendant's Residence:

Savannah, Georgia

April 16, 2026
Date of Imposition of Judgment

Signature of Judge

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

May 5, 2026
Date

GAS 245D    Judgment in a Criminal Case for Revocations                                    Judgment — Page **2** of **2**

DEFENDANT:          Oronda Oberry
CASE NUMBER:        4:19CR00124-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>18 months.</u>

☒    The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be designated to a Bureau of Prisons facility that will provide the defendant with mental health treatment.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐   a.m.    ☐   p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL